UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GARY BROWN, )<br>)<br>Defendant )<br>) | Criminal No. 05-70-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 17, 2006, his Recommended Decision (Docket No. 36). Defendant filed his Objection to the Recommended Decision (Docket No. 38) on January 26, 2006. The Government filed its Response to Objection (Docket No. 40) on February 8, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. The proposed Findings of Fact are adopted and Defendant's Motion to Suppress (Docket No. 15) is DENIED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 14th day of February, 2006.