# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Crim. No.   05-70-P-S |
| ) | |
| **GARY BROWN,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 124) filed June 29, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion for New Trial (Docket No. 122) is **DENIED**.

                                                                            _/s/ George Z. Singal___
                                                                   United States District Judge

Dated this 11th day of September, 2009.